**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>PHALLA MEAS<br><br>　　　　Debtor | Chapter 13<br>Case No. 14-40773 |

EMERGENCY MOTION TO EXTEND TIME TO UPDATE

Now comes the Defendant, by and thru counsel, and moves this court for an extension of time on the Order to update contained in document 7. In support of said motion counsel states that the Debtor's accountant has contacted him to state that she has been out of her office this past ten days due to the death of her sister under mysterious circumstances and is unable to provide the necessary information regarding income and expenses from the Debtor's business from January 1st thru April 14, 2014.

WHEREFORE Counsel requests an additional 7 days on the Order at document 7.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　/s/ Raymond T. Weicker
　　　　　　　　　　　　　　　　　　　Raymond T. Weicker (662160)
　　　　　　　　　　　　　　　　　　　Qua, Hall, Harvey & Walsh
　　　　　　　　　　　　　　　　　　　25 Fletcher Street, Chelmsford MA 01824
　　　　　　　　　　　　　　　　　　　(978) 250-4255
　　　　　　　　　　　　　　　　　　　Rweicker@qhhw.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>PHALLA MEAS<br><br>        Debtor | Chapter 13<br>Case No. 14-40773 |

I, Raymond T. Weicker, Esq., hereby certify that I served a copy of the foregoing Motion for Extension, by first class mail, postage prepaid, or electronically (as set forth below) on all parties below, this 29th Day of April, 2014

Karen Cavagnaro, Paralegal
One AT&T Way, Room 3A104
Bedminster, NJ 07921

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH 43054-3025

First National Bank of Omaha
1620 Dodge Street
Stop Code 3105
Omaha, NE 68197

Toyota Motor Credit Corporation (TMCC)
PO BOX 8026
Cedar Rapids, Iowa 52408-8026

**Notice will be electronically mailed to:**

Tiffany L. Higgins on behalf of Creditor Rockland Trust Company: thiggins@jackmikels.com
Richard King: USTPRegion01.WO.ECF@USDOJ.GOV
Denise M. Pappalardo: denisepappalardo@ch13worc.com, paper@mab.uscourts.gov


                                        /s/ Raymond T. Weicker
                                        Raymond T. Weicker