OFFICIAL LOCAL FORM 8

UNITED STATES BANKRUPTCY COURT

DISTRICT OF MASSACHUSETTS

In re

PHALLA MEAS

Debtor

Case No. 14-40773

Chapter 13

## CHAPTER 13 AGREEMENT BETWEEN DEBTOR AND COUNSEL
## RIGHTS AND RESPONSIBILITIES OF CHAPTER 13 DEBTORS AND THEIR ATTORNEYS

It is important for debtors who file bankruptcy cases under chapter 13 to understand their rights and responsibilities. It is also useful for debtors to know what their attorney's responsibilities are, and understand the importance of communicating with their attorney to make the case successful. Debtors should also know that they may expect certain services to be performed by their attorney. To encourage that debtors and their attorneys understand their rights and responsibilities in the bankruptcy process, the following terms are agreed to by the debtors and their attorneys.

**BEFORE THE CASE IS FILED:**

**The DEBTOR agrees to:**

1. Provide the attorney with accurate financial information; and

2. Discuss with the attorney the debtor's objectives in filing the case.

The ATTORNEY agrees to:

1. Meet with the debtor to review the debtor's debts, assets, income and expenses;

2. Counsel the debtor regarding the advisability of filing either a chapter 7 or chapter 13 case, discuss both procedures with the debtor, and answer the debtor's questions;

3. Explain what payments will be made through the plan, and what payments will be made directly by the debtor for mortgage and vehicle loan payments, as well as which claims accrue interest;

4. Explain to the debtor how, when, and where to make the chapter 13 plan payments, as well as the debtor's obligation to continue making mortgage payments, without interruption, and the likely consequences for failure to do so;

5. Explain to the debtor how the attorney's fees and trustee's fees are paid, and provide an executed copy of this document to the debtor;

6. Explain to the debtor that the first plan payment must be made to the trustee within 30 days of the date the plan is filed;

7. Advise the debtor of the requirement to attend the 341 meeting of Creditors, and instruct debtor as to the date, time and place of the meeting;

8. Advise the debtor of the necessity of maintaining appropriate insurance on all real estate, motor vehicles and business assets; and

9. Timely prepare and file the debtor's petition, plan and schedules.


**AFTER THE CASE IS FILED:**

**The DEBTOR agrees to:**

1. Keep the trustee and attorney informed of the debtor's address and telephone number;

2. Inform the attorney of any wage garnishments or attachments of assets which occur or continue after the filing of the case;

3. Contact the attorney if the debtor loses his/her job or has other financial problems (the attorney may be able to have the chapter 13 plan payments reduced or suspended in those circumstances), or alternatively obtains a material increase in income or assets;

4. Advise counsel if the debtor is sued during the case;

5. Inform the attorney if tax refunds to which the debtor is entitled are seized or not received;

6. Advise counsel and the trustee before buying or selling property or before entering into any long-term loan agreements, to determine what approvals are required; and

7. Provide the trustee and the attorney, prior to the § 341 meeting of creditors, with documentary evidence as to the debtor's income from all sources and the value of any asset in which the debtor has an interest, together with a copy of any declaration of homestead covering the debtor's real estate, proof of insurance on any real property or automobiles in which the debtor has an interest, and any other documents which the

trustee might reasonably request in order to assess whether the debtor's proposed plan should be confirmed.

**The ATTORNEY agrees to provide the following legal services in consideration of the compensation further described below:**

1. Appear at the § 341 meeting of creditors with the debtor;

2. Respond to objections to plan confirmation, and where necessary, prepare an amended plan;

3. Prepare, file and serve one necessary modification to the plan which may include suspending, lowering, or increasing plan payments;

4. Prepare, file and serve necessary amended schedules in accordance with information provided by the debtor;

5. Prepare, file and serve necessary motions to buy, sell or refinance real property;

6. Object to improper or invalid claims, if necessary, based upon documentation provided by the debtor;

7. Represent the debtor in motions for relief from stay;

8. Where appropriate, prepare, file and serve necessary motions to avoid liens on real or personal property; and

9. Provide such other legal services as necessary for the administration of the case.

The initial fees charged in this case are $3,181.00 counsel fee + filing fee and credit report/due diligence fee = $3,500.00 received from client. Any and all additional terms of compensation and additional services agreed to be rendered, if any, are set forth in writing and annexed hereto. If the initial fees are not sufficient to compensate the attorney for the legal services rendered in this case, the attorney further agrees to apply to the Court for additional fees. If the debtor disputes the legal services provided or the fees charged by the attorney, an objection may be filed with the Court and the matter set for hearing.

Debtor's Signature: _____   Dated: 5/6/14

Co-debtor's Signature: _____NONE_____   Dated: _____

Attorney for the debtor(s) Signature: _____   Dated: 5-6-14