# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br>**Phalla Meas,**<br>　　　　**Debtor** | Chapter 13<br>Case No. 14-40773–MSH |

## MOTION TO VOLUNTARILY DISMISS CHAPTER 13 PETITION

NOW COMES Phalla Meas, (hereinafter "Debtor") by her counsel, before this Honorable Court and moves that the Court grant a voluntary dismissal of the foregoing petition pursuant to 11 U.S.C. § 1307(b).

As reasons therefore the Debtor states:

1. The Debtor relied on rental income to support her Chapter 13 Plan;
2. One tenant has vacated the premises and the other tenant has given notice to vacate; and
3. Without the rental income the Debtor is unable to support the Chapter 13 Plan.

WHEREFORE the debtor prays that this Honorable Court grant the request to voluntarily dismiss the foregoing petition.

Dated:  May 27, 2014　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　　　Phalla Meas
　　　　　　　　　　　　　　　　　　　　　　　By her attorney,

　　　　　　　　　　　　　　　　　　　　　　　/s/ James D. Lukowiak
　　　　　　　　　　　　　　　　　　　　　　　James D. Lukowiak, Esq., BBO #644893
　　　　　　　　　　　　　　　　　　　　　　　Law Offices of James D. Lukowiak, P.C.
　　　　　　　　　　　　　　　　　　　　　　　1290 Worcester Road, Suite 2W
　　　　　　　　　　　　　　　　　　　　　　　Framingham, MA 01702
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (508) 788-5500
　　　　　　　　　　　　　　　　　　　　　　　jlukowiak@lukowiak.com